FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 2 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 14-436 WJ |
| vs. | ) | Counts 1-20: 29 U.S.C. § 501(c): Embezzlement of Assets from a Labor Organization. |
| **LEONARD BRIDGE, II**, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Counts 1-20

On or about the dates below, in the manners listed below, in the District of New Mexico and elsewhere, the defendant, **LEONARD BRIDGE, II**, while being employed by and serving as an officer, that is, the business manager, of the International Union of Elevator Constructors, Local 131, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in approximate amounts listed below:

| Count | Date | Manner | Amount |
|---|---|---|---|
| 1 | April 3, 2009: date on check<br>April 7, 2009: date of transfer | check 5741 | $1,145.81 |
| 2 | May 22, 2009 | cash withdrawal | $1,145.81 |
| 3 | January 14, 2009: date on check<br>January 15, 2010: date of transfer | check 6109 | $1,393.60 |
| 4 | February 17, 2010: date on check<br>February 18, 2010: date of transfer | check 6117 | $320.00 |
| 5 | March 30, 2010 | debit card | $684.38 |
| 6 | June 15, 2010 | cash withdrawal | $2,300.00 |

| | | | |
|---|---|---|---|
| 7 | June 24, 2010 | debit card | $225.48 |
| 8 | June 25, 2010 | debit card | $539.16 |
| 9 | July 25, 2010 | debit card | $410.70 |
| 10 | August 13, 2010 | debit card | $509.32 |
| 11 | October 25, 2010 | debit card | $372.99 |
| 12 | December 1, 2010 | debit card | $300.00 |
| 13 | December 20, 2010 | debit card | $259.63 |
| 14 | December 22, 2010: date on check<br>December 23, 2010: date of transfer | check 6261 | $640.00 |
| 15 | April 28, 2011: date on check<br>April 29, 2011: date of transfer | check 6311 | $1,493.60 |
| 16 | May 19, 2011 | debit card | $300.00 |
| 17 | June 11, 2011: date on check<br>June 14, 2011: date of transfer | check 6327 | $750.00 |
| 18 | June 17, 2011: date on check<br>June 20, 2011: date of transfer | check 6329 | $750.00 |
| 19 | July 27, 2011 | debit card | $528.52 |
| 20 | August 6, 2011 | cash withdrawal | $400.00 |

In violation of 29 U.S.C. § 501(c).

A TRUE BILL:

/s/

_____
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney